FILED & JUDGMENT ENTERED
Steven T. Salata

October 5 2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 16-50003 |
| ) | Chapter 7 |
| NORTHWESTERN, INC., ) | |
| ) | |
| Debtor. ) | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

John W. Taylor, the Trustee herein, having heretofore filed in this matter his Trustee's Final Report and Applications for Compensation ("Final Report"), and it appearing from examination of the Final Report of the Trustee that the Final Report is correct, and it further appearing therefrom that the same should be allowed, approved and confirmed, and all Applications and Motions should be granted; it is therefore,

ORDERED that all the Trustee's commissions and reimbursement of the Trustee's expenses in this case, and all applications therefore, including any prior interim applications and payments thereunder, are approved, ratified and confirmed, and payment is directed, in the aggregate amounts shown on the attached Trustee's Proposed Distribution; and it is

FURTHER ORDERED that all motions for approval of professional fees and expenses are approved, and the Trustee is authorized to make payment in the amounts shown on the attached Trustee's Proposed Distribution; and it is

FURTHER ORDERED that, except as previously ordered, the Trustee is authorized to abandon or destroy any books and records of the debtors not claimed within thirty (30) days of the date of this Order, and is authorized to abandon or destroy property of the debtors disclosed in the bankruptcy schedules or identified in this bankruptcy proceeding and not otherwise liquidated for the estate; and it is

FURTHER ORDERED that claims are allowed as shown on the attached Trustee's Proposed Distribution; and it is

FURTHER ORDERED that the Trustee's accounting is approved as filed with the Final Report; and it is

FURTHER ORDERED that the Trustee's Final Report is in all respects allowed, approved and confirmed, the Trustee is discharged and released from any liability to any governmental or other entity for any claims, including any levies, taxes, penalties or interest; and it is

FURTHER ORDERED that the Trustee is authorized and directed to make all disbursements shown on the attached Trustee's Proposed Distribution; and it is

FURTHER ORDERED that upon distribution of the funds of the estate as herein provided and the expiration of that period as set forth in 11 U.S.C. Section 347, the Trustee shall promptly file his report pursuant to Bankruptcy Rule 3011 and proceed to close the administration of the bankruptcy estate.

This Order has been signed electronically.  The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court

Printed: 05/17/20 3:24 PM                                                                                                       Page: 1

# Claims Distribution Register

**Case:   16-50003 NORTHWESTERN, INC.**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 01/08/16 | 200 | EDWARD P. BOWERS-Exp.<br>Middleswarth, Bowers & Co., L.L.P.<br>219 Wilmot Drive<br>Gastonia, NC 28054<br><3420-00 Accountant for Trustee Expenses (Other Firm)><br>MEMO: Expenses allowed per Order entered 1/31/17 (Docket No. ) | $ 223.14 | $ 223.14 | $ 223.14 | $ 0.00 | $ 0.00 |
| | 01/08/16 | 200 | EDWARD P. BOWERS-Exp.<br>Middleswarth, Bowers & Co., L.L.P.<br>219 Wilmot Drive<br>Gastonia, NC 28054<br><3420-00 Accountant for Trustee Expenses (Other Firm)><br>MEMO: Final accountant expenses. | $ 24.40 | $ 24.40 | $ 0.00 | $ 24.40 | $ 24.40 |
| | 01/08/16 | 200 | EDWARD P. BOWERS-Fees<br>Middleswarth, Bowers & Co., L.L.P.<br>219 Wilmot Drive<br>Gastonia, NC 28054<br><3410-00 Accountant for Trustee Fees (Other Firm)><br>MEMO: Fees allowed per Order entered 31/17 (Docket No. 90). | $ 21,937.50 | $ 21,937.50 | $ 9,776.86 | $ 12,160.64 | $ 12,160.64 |
| | 01/08/16 | 200 | EDWARD P. BOWERS-Fees<br>Middleswarth, Bowers & Co., L.L.P.<br>219 Wilmot Drive<br>Gastonia, NC 28054<br><3410-00 Accountant for Trustee Fees (Other Firm)><br>MEMO: Final accountant fees. | $ 1,409.50 | $ 1,409.50 | $ 0.00 | $ 1,409.50 | $ 1,409.50 |
| | 01/08/16 | 200 | Iron Horse Auction Co., Inc.<br>P.O. Box 1267<br>Rockingham, NC 28379<br><2990-00 Other Chapter 7 Administrative Expenses><br>MEMO: Approved fees per Order entered 8/29/16 (Docket no. 72). | $ 9,025.24 | $ 9,025.24 | $ 9,025.24 | $ 0.00 | $ 0.00 |
| | 05/16/20 | 200 | JOHN W. TAYLOR PC - EXPENSES<br>JOHN W. TAYLOR PC<br>4600 Park Road, Suite 420<br>Charlotte, NC 28209<br><3120-00 Attorney for Trustee Expenses (Trustee Firm)><br>Final Attorney Expenses | $ 4,928.74 | $ 4,928.74 | $ 0.00 | $ 4,928.74 | $ 4,928.74 |
| | 01/08/16 | 200 | JOHN W. TAYLOR PC - FEES<br>4600 Park Road<br>Ste 420<br>Charlotte, NC 28209<br><3110-00 Attorney for Trustee Fees (Trustee Firm)><br>MEMO: Final attorney fees. | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## Claims Distribution Register

**Case:   16-50003 NORTHWESTERN, INC.**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | 01/08/16 | 200 | Joseph N. Tissue, Special Counsel<br>Tissue Law Offices, PLLC<br>10612-D Providence Road, PMB 489<br>Charlotte, NC 28277<br><3210-00 Attorney for Trustee Fees (Other Firm)><br>MEMO: Final special counsel fees. | $ 4,998.50 | $ 4,998.50 | $ 0.00 | $ 4,998.50 | $ 4,998.50 |
| | 01/08/16 | 200 | Joseph N. Tissue, Special Counsel<br>Tissue Law Offices, PLLC<br>10612-D Providence Road, PMB 489<br>Charlotte, NC 28277<br><3210-00 Attorney for Trustee Fees (Other Firm)><br>MEMO: Final special counsel expenses. | $ 3.70 | $ 3.70 | $ 0.00 | $ 3.70 | $ 3.70 |
| | 05/16/20 | 200 | John W. Taylor, Trustee<br>4600 Park Road, Suite 420<br>Charlotte, NC 28209<br><2100-00 Trustee Compensation><br>MEMO: FInal Trustee compensation. | $ 17,126.72 | $ 17,126.72 | $ 0.00 | $ 17,126.72 | $ 17,126.72 |
| | | | Total for Priority 200:   100% Paid | $ 59,677.44 | $ 59,677.44 | $ 19,025.24 | $ 40,652.20 | $ 40,652.20 |
| | | | Total for Admin Ch. 7 Claims: | $ 59,677.44 | $ 59,677.44 | $ 19,025.24 | $ 40,652.20 | $ 40,652.20 |

**Secured Claims:**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 15 | 02/19/16 | 100 | Jack Moore & Associates, Inc.<br>2132 Pleasant Plains Rd<br>Matthews, NC 28105<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>MEMO: Disallowed per Order entered 1/2/18. | $ 3,814.37 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 23 | 01/08/16 | 100 | Caldwell County Tax Collector<br><4800-00 State and Local Tax Liens (not included in UTC 4700))><br>MEMO: Disallowed per Order entered 1/2/18. | $ 5,650.14 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| A | 01/08/16 | 100 | Community One Bank, N.A.<br>Attn: Special Assets<br>1017 E. Morehead Street<br>Charlotte, NC 28204<br><4210-00 Personal Property & Intangibles - Consensual Liens><br>MEMO: Approved per Order entered 12/16/16 (Docket No. 87). | $ 16,844.55 | $ 16,844.55 | $ 16,844.55 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 100:   100% Paid | $ 26,309.06 | $ 16,844.55 | $ 16,844.55 | $ 0.00 | $ 0.00 |
| 21S-2 | 02/24/16 | 520 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7346<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 46,871.82 | $ 46,871.82 | $ 0.00 | $ 46,871.82 | $ 0.00 |
| | | | Total for Priority 520:   0% Paid | $ 46,871.82 | $ 46,871.82 | $ 0.00 | $ 46,871.82 | $ 0.00 |
| | | | Total for Secured Claims: | $ 73,180.88 | $ 63,716.37 | $ 16,844.55 | $ 46,871.82 | $ 0.00 |

Printed: 05/17/20 3:24 PM                                                                                                     Page: 3

# Claims Distribution Register

**Case:   16-50003 NORTHWESTERN, INC.**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Priority Claims:** | | | | | | | | |
| 3 | 02/08/16 | 510 | Jennifer Strobel<br>1012 Carter Avenue NE<br>Valdese, NC 28690<br><5300-00 Wages - § 507(a)(4)> | $ 2,906.82 | $ 2,906.82 | $ 0.00 | $ 2,906.82 | $ 1,431.13 |
| 4 | 02/08/16 | 510 | Craig D. Strobel<br>1012 Carter Avenue NE<br>Valdese, NC 28690<br><5300-00 Wages - § 507(a)(4)> | $ 2,787.29 | $ 2,787.29 | $ 0.00 | $ 2,787.29 | $ 1,372.28 |
| 5 | 02/08/16 | 510 | John W. Charlet IV<br>Post Office Box 85<br>Connelly Springs, NC 28612<br><5300-00 Wages - § 507(a)(4)> | $ 3,617.20 | $ 3,617.20 | $ 0.00 | $ 3,617.20 | $ 1,780.87 |
| 6 | 02/08/16 | 510 | David JC Thomasson Jr.<br>204 Timber Ridge Drive<br>Lenoir, NC 28645<br><5300-00 Wages - § 507(a)(4)> | $ 1,749.01 | $ 1,749.01 | $ 0.00 | $ 1,749.01 | $ 861.10 |
| | | | Total for Priority 510:   49.23348% Paid | $ 11,060.32 | $ 11,060.32 | $ 0.00 | $ 11,060.32 | $ 5,445.38 |
| 21P-2 | 02/24/16 | 570 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7346<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 59,382.62 | $ 59,382.62 | $ 0.00 | $ 59,382.62 | $ 0.00 |
| 43P | 06/28/16 | 570 | NC Department of Revenue<br>Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 36,677.00 | $ 36,677.00 | $ 0.00 | $ 36,677.00 | $ 0.00 |
| | | | Total for Priority 570:   0% Paid | $ 96,059.62 | $ 96,059.62 | $ 0.00 | $ 96,059.62 | $ 0.00 |
| | | | Total for Priority Claims: | $ 107,119.94 | $ 107,119.94 | $ 0.00 | $ 107,119.94 | $ 5,445.38 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 01/15/16 | 610 | Joseph T. Ryerson & Son<br>P. O. Box 905716<br>Charlotte, NC 28290<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 2,291.14 | $ 2,291.14 | $ 0.00 | $ 2,291.14 | $ 0.00 |
| 2 | 01/25/16 | 610 | Fleetcor Technologies<br>16800 Greensport Park Suite 255 N<br>Houston, TX 77060<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 10,616.44 | $ 10,616.44 | $ 0.00 | $ 10,616.44 | $ 0.00 |

Printed: 05/17/20 3:24 PM                                                                                              Page: 4

# Claims Distribution Register

**Case:   16-50003 NORTHWESTERN, INC.**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 7 | 02/11/16 | 610 | Murray Supply Company, LLC<br>c/o Van Sickle Law, PC<br>201 Shannon Oaks Circle, Suite 200<br>Cary, NC 27511<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 18,364.81 | $ 18,364.81 | $ 0.00 | $ 18,364.81 | $ 0.00 |
| 8 | 02/16/16 | 610 | Bartlett Controls, Inc.<br>P. O. Box 400<br>Waxhaw, NC 28173<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 615.59 | $ 615.59 | $ 0.00 | $ 615.59 | $ 0.00 |
| 9 | 02/17/16 | 610 | H. M. Craig Metal & Supply Co.<br>P. O. Box 550<br>Stanley, NC 28164-0550<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 17,886.50 | $ 17,886.50 | $ 0.00 | $ 17,886.50 | $ 0.00 |
| 10 | 02/17/16 | 610 | Carolina Meter & Supply<br>P. O. Box 532233<br>Atlanta, GA 30353-2233<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 3,719.62 | $ 3,719.62 | $ 0.00 | $ 3,719.62 | $ 0.00 |
| 11 | 02/18/16 | 610 | North American Safety Valve<br>1500 Iron Street<br>Kansas City, MO 64116<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 1,102.76 | $ 1,102.76 | $ 0.00 | $ 1,102.76 | $ 0.00 |
| 12 | 02/18/16 | 610 | Nationwide Coils, Inc.<br>24 Foxwood Circle<br>Mount Kisco, NY 10549<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 1,577.38 | $ 1,577.38 | $ 0.00 | $ 1,577.38 | $ 0.00 |
| 13 | 02/19/16 | 610 | Southeastern Freight Lines, Inc.<br>PO Box 1691<br>Columbia, SC 29202<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 248.88 | $ 248.88 | $ 0.00 | $ 248.88 | $ 0.00 |
| 14 | 02/19/16 | 610 | CURTIS MARKETING LLC<br>PO BOX 765<br>HILLSDALE, MI 49242<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 9,127.14 | $ 9,127.14 | $ 0.00 | $ 9,127.14 | $ 0.00 |
| 16 | 02/19/16 | 610 | Daughtridge Sales Co., Inc.<br>PO Box 4364<br>Rocky Mount, NC 27803<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 597.50 | $ 597.50 | $ 0.00 | $ 597.50 | $ 0.00 |
| 17 | 02/19/16 | 610 | Oatey S.C.S.<br>4675 West 160th St.<br>Cleveland, OH 44135<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 420.42 | $ 420.42 | $ 0.00 | $ 420.42 | $ 0.00 |

Printed: 05/17/20 3:24 PM                                                                                                          Page: 5

# Claims Distribution Register

### Case:   16-50003 NORTHWESTERN, INC.

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 18 | 02/19/16 | 610 | Atlantic Tube & Fitting, LLC<br>P. O. Box 690366<br>Charlotte, NC 28227<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 4,682.40 | $ 4,682.40 | $ 0.00 | $ 4,682.40 | $ 0.00 |
| 19 | 02/23/16 | 610 | Industrial Sales Company<br>PO Box 609<br>Cumming, GA 30028<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 2,800.00 | $ 2,800.00 | $ 0.00 | $ 2,800.00 | $ 0.00 |
| 20 | 02/23/16 | 610 | Amerisource Funding, Inc.<br>P.O. Box 4738<br>Houston, TX 77210-4738<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 24,660.75 | $ 24,660.75 | $ 0.00 | $ 24,660.75 | $ 0.00 |
| 21U-2 | 02/24/16 | 610 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7346<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 3,310.83 | $ 3,310.83 | $ 0.00 | $ 3,310.83 | $ 0.00 |
| 22 | 02/25/16 | 610 | Piedmont Natural Gas Company<br>4339 S Tryon Street<br>C/O Bankruptcy<br>Charlotte, NC 28217-1733<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 604.67 | $ 604.67 | $ 0.00 | $ 604.67 | $ 0.00 |
| 24 | 02/26/16 | 610 | Missouri - Kansas Supply Company<br>PO Box 412553<br>Kansas City, MO 64141<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 3,976.43 | $ 3,976.43 | $ 0.00 | $ 3,976.43 | $ 0.00 |
| 25 | 02/29/16 | 610 | AC Valve, Inc.<br>675 Mitchell Avenue<br>Woodland, WA 98674<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 4,098.41 | $ 4,098.41 | $ 0.00 | $ 4,098.41 | $ 0.00 |
| 26 | 02/29/16 | 610 | Pratt Industrial<br>3700 Oakes Drive<br>Suite B<br>Emporia, KS 66801<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 264.00 | $ 264.00 | $ 0.00 | $ 264.00 | $ 0.00 |
| 27 | 02/29/16 | 610 | Johnson Controls Inc<br>507 E Michigan St, LD-72<br>Milwaukee, WI 53202<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 354.62 | $ 354.62 | $ 0.00 | $ 354.62 | $ 0.00 |

Printed: 05/17/20 3:24 PM                                                                                      Page: 6

# Claims Distribution Register

### Case:   16-50003 NORTHWESTERN, INC.

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 28 -2 | 03/03/16 | 610 | CommunityOne Bank, N.A.<br>Attn: Special Assets<br>1017 E. Morehead Street<br>Charlotte, NC 28204<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 158,196.33 | $ 158,196.33 | $ 0.00 | $ 158,196.33 | $ 0.00 |
| 29 | 03/04/16 | 610 | Saia Motor Freight Line Inc<br>PO Box A Station 1<br>Houma, LA 70363<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 173.10 | $ 173.10 | $ 0.00 | $ 173.10 | $ 0.00 |
| 30 | 03/07/16 | 610 | Wells Fargo Vendor Financial Services, LLC<br>Bankruptcy Administration<br>PO Box 13708<br>Macon, GA 31208<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 3,893.89 | $ 3,893.89 | $ 0.00 | $ 3,893.89 | $ 0.00 |
| 31 | 03/17/16 | 610 | Leonard Valve Comapny<br>1360 ELMWOOD AVE<br>CRANSTON, RI 02910<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 500.00 | $ 500.00 | $ 0.00 | $ 500.00 | $ 0.00 |
| 32 | 03/17/16 | 610 | Monroe Sales Company, Inc.<br>P. O. Box 2168<br>Shelby, NC 28150<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 5,892.80 | $ 5,892.80 | $ 0.00 | $ 5,892.80 | $ 0.00 |
| 33 | 03/21/16 | 610 | Curtis Cleaning Service<br>1936 NC Hwy. 268<br>Lenoir, NC 28645<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 300.00 | $ 300.00 | $ 0.00 | $ 300.00 | $ 0.00 |
| 34 | 03/28/16 | 610 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 1,727.55 | $ 1,727.55 | $ 0.00 | $ 1,727.55 | $ 0.00 |
| 35 | 03/29/16 | 610 | Ross Valve Mfg Co Inc<br>PO Box 595<br>Troy, NY 12181<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 7,320.60 | $ 7,320.60 | $ 0.00 | $ 7,320.60 | $ 0.00 |
| 36 | 04/11/16 | 610 | Boggs, Crump & Brown, PA<br>P O Box 2070<br>Morganton, NC 28680-2070<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 18,076.67 | $ 18,076.67 | $ 0.00 | $ 18,076.67 | $ 0.00 |

Printed: 05/17/20 3:24 PM                                                                                         Page: 7

# Claims Distribution Register

### Case:  16-50003 NORTHWESTERN, INC.

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 37 | 04/12/16 | 610 | Anson Machine Works, Inc.<br>P. O. Box 269<br>Peachland, NC 28133<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 9,427.50 | $ 9,427.50 | $ 0.00 | $ 9,427.50 | $ 0.00 |
| 38 | 04/22/16 | 610 | John H. Carter Co., Inc.<br>Dept #161<br>P. O. Box 4869<br>Houston, TX 77210-4869<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 8,400.00 | $ 8,400.00 | $ 0.00 | $ 8,400.00 | $ 0.00 |
| 39 | 04/26/16 | 610 | Direct Capital Corporation<br>155 Commerce Way<br>Portsmith, NH 03801<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 2,391.05 | $ 2,391.05 | $ 0.00 | $ 2,391.05 | $ 0.00 |
| 40 | 04/29/16 | 610 | Cooper B-Line<br>c/o Eaton,Global Trade Credit<br>Department,1000 Eaton Boulevard<br>Cleveland, OH 44122-9100<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 1,195.62 | $ 1,195.62 | $ 0.00 | $ 1,195.62 | $ 0.00 |
| 41 | 05/06/16 | 610 | Mecklenburg Valve Source, LLC<br>2407 Central Avenue<br>Charlotte, NC 28205<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 17,718.28 | $ 17,718.28 | $ 0.00 | $ 17,718.28 | $ 0.00 |
| 42 -2 | 05/09/16 | 610 | Service Metal Products Company<br>4001 N. Kingshighway<br>St. Louis, MO 63115<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 11,116.41 | $ 11,116.41 | $ 0.00 | $ 11,116.41 | $ 0.00 |
|  |  |  | Total for Priority 610:    0% Paid | $ 357,650.09 | $ 357,650.09 | $ 0.00 | $ 357,650.09 | $ 0.00 |
| 43U | 06/28/16 | 620 | NC Department of Revenue<br>Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168<br><7200-00 Section 726(a)(3) Tardily Filed General Unsecured Claims> | $ 38,501.20 | $ 38,501.20 | $ 0.00 | $ 38,501.20 | $ 0.00 |
|  |  |  | Total for Priority 620:    0% Paid | $ 38,501.20 | $ 38,501.20 | $ 0.00 | $ 38,501.20 | $ 0.00 |
|  |  |  | Total for Unsecured Claims: | $ 396,151.29 | $ 396,151.29 | $ 0.00 | $ 396,151.29 | $ 0.00 |
|  |  |  | Total for Case: | $ 636,129.55 | $ 626,665.04 | $ 35,869.79 | $ 590,795.25 | $ 46,097.58 |