| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Northwestern, Inc. | Social Security number or ITIN ____ |
| | First Name   Middle Name   Last Name | EIN  56–1090002 |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ EIN  __–_____ |
| United States Bankruptcy Court | Western District of North Carolina | |
| Case number: | 16–50003 | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- John W. Taylor is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 7 case of the above named debtor is closed.

Dated: April 13, 2021
BY THE COURT


Laura T. Beyer

United States Bankruptcy Judge


Electronically filed and signed (4/13/21)